```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :

            -against-                        :        09 Cr. 1056 (WHP)

David Crosby,                                :        ORDER
                    Defendant.               :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on April 7, 2020 at 2:30 p.m. regarding defendant's application for release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: New York, New York
       April 6, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.