UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :

        -against-                                          :          09 Cr. 1056 (WHP)

David Crosby,                                              :          <u>ORDER</u>
                     Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Wednesday, May 13, 2020 at 11:00 a.m. regarding defendant's application for release. The dial-in number is 888-363-4749, passcode 3070580.

Dated:  New York, New York
           May 11, 2020

                                      SO ORDERED:

                                      _____
                                      WILLIAM H. PAULEY III
                                            U.S.D.J.