UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
       -against-                     :         09 Cr. 1056 (WHP)
                                       :
David Crosby,                          :         <u>ORDER</u>
                    Defendant.     :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court grants the defendant's application for compassionate release subject to the following conditions:

1. MCC shall release David Crosby, USM # 62833-054, as soon as possible.

2. The defendant shall self-quarantine for a period of 14 days.

3. The defendant shall be subject to home incarceration, to be enforced by GPS Monitoring at the residence approved by probation for a period of six (6) months.

4. In light of the COVID -19 pandemic, the defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department.

5. The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

6. The defendant is to report to the Probation Department at 500 Pearl Street, 6th floor, on May 27, 2020 at 10 AM (or the appropriate date following 14 days of self-quarantine) to have the GPS tracker affixed to his ankle.

7. The defendant shall wear protective equipment, including face covering and gloves when reporting to the Probation Department.

8. The defendant shall be confined to the residence approved by the Probation Office 24-hours per day except for emergency medical visits. Any other release from the residence must be approved by either the Probation Office or the Court upon application from defense counsel.

9. Immediately upon his release, the defendant is subject to the standard and special conditions of supervision as set at sentencing.

Dated: May 13, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.